# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 17, 2023

Mr. Arthur Carson
4220 W. 11th Street
Little Rock, AR  72204

RE:  23-2215  Arthur Carson v. UAMS Medical Center, et al

Dear Mr. Carson:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

We note that the matter was not served by the district court on any other party. Accordingly, you are notified that you are the only party to this appeal.

Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact us if you have any questions about the case.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc: Ms. Tammy H. Downs

District Court/Agency Case Number(s):  4:23-cv-00328-JM

**Caption For Case Number: 23-2215**

Arthur Carson

        Plaintiff - Appellant

v.

UAMS Medical Center, Hospital; Daniel Holleyman, Emergency Room Physician

        Defendants - Appellees

**Addresses For Case Participants: 23-2215**

Mr. Arthur Carson
4220 W. 11th Street
Little Rock, AR  72204

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000